1  Troy D. Monge, Esq.
   Law Offices of Martin Taller, APC
2  2300 E. Katella Ave, Suite 440
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com

6
   Attorney Bar #217035
7  Attorneys for Samuel Van Zornek

8

9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA

11 
   SAMUEL VAN ZORNEK,              ) No. 8:20-cv-01924 (SP)
12                                  )
13        Plaintiff,                ) **ORDER AWARDING EQUAL**
                                    ) **ACCESS TO JUSTICE ACT**
14        v.                        ) **ATTORNEY FEES AND COSTS**
15                                  )
   KILOLO KIJAKAZI, Acting          )
16 Commissioner of Social Security, )
17                                  )
          Defendant.                )
18                                  )
19 _____ )

20
          Based upon the parties' Stipulation for Award and Payment of Attorney
21
   Fees:
22
          IT IS ORDERED that the Commissioner shall pay attorney fees and
23
   expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d), in
24
   the amount of FOUR THOUSAND EIGHT HUNDRED TWENTY-FIVE
25
   DOLLARS and NO CENTS ($4,825.00), and costs under 28 U.S.C. §1920, in the
26
   / / /
27
   / / /
28

                                        1

1  amount of FOUR HUNDRED DOLLARS AND NO CENTS ($400.00), subject to
2  the terms of the above-referenced Stipulation.
3
4  Dated: January 6, 2023    
5  _____
   THE HONORABLE SHERI PYM
6  UNITED STATES MAGISTRATE JUDGE